MURFF LAW OFFICES
Jesse P. Murff (12371)
Attorney for Debtors(s)
11075 South State St. Suite 5B
Sandy, Utah 84070
Tel: 801-657-5040
Fax: 801-895-7016
jesse@murff-law.com

| **In re:** | **Bankruptcy No. 18-28216** |
|---|---|
| **Adam & Kimberly Raymond**<br><br>**Debtors(s)** | **Chapter 13 Bankruptcy**<br><br>**Hon. Joel T. Marker** |

### CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

I hereby certify that on November 21, 2018, I caused to be served a true and correct copy of the foregoing Chapter 13 Plan as follows:

☐   Mail Service: First–class U.S. mail, postage pre-paid, addressed to:

Honor Finance            (Corporate Address)
909 Davis Street Ste. 260
Evanston, IL 60201

Incorp Services, Inc.          (Registered Agent)
285 W. Tabernacle St. Ste 201
St. George, UT 84770

HLS of Nevada, LLC         (Corporate Address)
7625 Dean Martin Dr.
Las Vegas, NV 89139

Paracorp Incorporated       (Registered Agent)
Registered Agent for HLS of Nevada, LLC
1108 E. South Union Ave.
Midvale, UT 84047

☒   Mail Service to All Parties in Interest: First–class U.S. mail, postage pre-paid, addressed to

all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated November 21, 2018 attached hereto.

☐ Certified Mail Service – By certified United States mail, postage pre-paid, addressed to:

☐ Hand Delivery – By delivery to the following parties at:

☒ Other – [identify parties served and manner of service]:

Lon A. Jenkins, Trustee (ECF)

United States Trustee's Office (ECF)


Dated: November 21, 2018

/s/ Jennelle Burrows
Legal Assistant to
Jesse P. Murff
Attorney for Debtors(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 18-28216<br>District of Utah<br>Salt Lake City<br>Wed Nov 21 10:58:16 MST 2018 | AFNI, INC<br>PO Box 3517<br>Bloomington, IL 61702-3517 | AT&T<br>Attn Bankruptcy Department<br>5407 Andrews Highway<br>Midland, TX 79706-2851 |
| Bonneville Billing<br>Po Box 150621<br>Ogden, UT 84415-0621 | Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| CashNetUSA<br>PO BOX 643990<br>Cincinnati, OH 45264-0309 | Cbe Hlthcare<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 |
| Comcast<br>PO BOX 55126<br>Boston, MA 02205-5126 | Comenity Bank<br>Bankruptcy Dept.<br>PO BOX 182125<br>Columbus, OH 43218-2125 | Convergent Outsourcing, Inc<br>PO Box 1280<br>Oaks, PA 19456-1280 |
| Tom Cook<br>Lundberg & Associates<br>3269 South Main St.<br>Suite 100<br>Salt Lake City, UT 84115-3773 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 | D&A services LLC<br>1400 E. Touhy Ave Ste. G2<br>Des Plaines, IL 60018-3338 |
| ER Solutions/Convergent Outsourcing<br>Po Box 9004<br>Renton, WA 98057-9004 | Express Recovery Svcs<br>2790 S Decker Lake Dr<br>Salt Lake City, UT 84119-2057 | Family 1st Fcu<br>16211 La Cantera Pkwy.<br>San Antonio, TX 78256-2421 |
| Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 | First Bank of Delaware<br>P.O. Box 671<br>Wilmington, DE 19899-0671 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Freedom Mortgage<br>P.O. BOX 50248<br>Indianapolis, IN 46250-0248 | Freedom Mortgage<br>PO Box 89486<br>Cleveland, OH 44101-6486 | Genesis FS Card Services<br>PO Box 23039<br>Columbus, GA 31902-3039 |
| Grandpointe<br>1112 7th Ave<br>Monroe, WI 53566-1364 | HSN<br>PO BOX 659820<br>San Antonio, TX 78265-9120 | Hlsnevada<br>6767 W Tropicana A<br>Las Vegas, NV 89103-4754 |
| Honor Finance<br>1731 Central St<br>Evanston, IL 60201-1507 | IHC<br>Patient Financial Services<br>PO BOX 410400<br>Salt Lake City, UT 84141-0400 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

Indigo Credit Card
Po Box 4477
Beaverton, OR 97076-4401

~~Lon Jenkins tr~~
405 South Main Street
Suite 600
Salt Lake City, UT 84111-3408

~~John Christiansen Attorney LLC~~
642 Kirby Lane STE 105
Spanish Fork, UT 84660-5753

Johnson Mark LLC
PO Box 7811
Sandy, UT 84091-7811

KeyBank N.A.
4910 Tiedeman Road
Brooklyn, OH 44144-2338

LendUp Card Services
237 Kearny Street #197
San Francisco, CA 94108-4502

Liberty Acquisitions Servicing LLC
PO Box 17210
Golden, CO 80402-6020

Mid America Bank & Tru
5109 S Broadband Ln
Sioux Falls, SD 57108-2208

Mountain Land Collection
PO BOX 1280
American Fork, UT 84003-6280

Mountainland Collectio
Po Box 1280
American Fork, UT 84003-6280

~~Jesse P. Murff~~
Murff Law Offices
11075 South State Street
Suite 5B
Sandy, UT 84070-5153

NCO Financial Systems
PO Box 15618 Dept. 35
Wilmington, DE 19850-5618

Nevada West Financial
Po Box 94703
Las Vegas, NV 89193-4703

Newmillenniu
15935 Whittier Blv
Whittier, CA 90603-2500

Northland Group
PO Box 390846
Minneapolis, MN 55439-0846

Prime Acceptance Corp
5097 S 900 E
Salt Lake City, UT 84117-5768

Prime Acceptance Corp
5097 SOUTH 900 EAST
Salt Lake City, UT 84117-5768

Qwest
PO Box 29040
Phoenix, AZ 85038-9040

RJM Acquisitons LLC
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416

RPM LLC
20816 44th Ave W.
Lynnwood, WA 98036-7799

Adam M. Raymond
4186 DRYLAND WY
Eagle Mountain, UT 84005-5043

~~Kimberlie L. Raymond~~
4186 DRYLAND WY
Eagle Mountain, UT 84005-5043

Revere Health
1055 N 500 W
Provo, UT 84604-3305

Rise
4150 International
Fort Worth, TX 76109-4892

Rock Canyon Dentistry
777 M 500 W
#105
Provo, UT 84601-5032

Snap Finance
136 E South Temple
Ste.2420
Salt Lake City, UT 84111-1185

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Stellar Recovery Inc
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216-8035

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

URG
PO BOX 508
Draper, UT 84020-0508

| | | |
|---|---|---|
| US Bank<br>P.O. Box 6344<br>Fargo, ND 58125-6344 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | USTC<br>Attn: Bankruptcy Dept.<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| United Recovery Group<br>P.O. Box 951<br>Lehi, UT 84043-1191 | ~~United States Trustee~~<br>~~Washington Federal Bank Bldg.~~<br>~~405 South Main Street~~<br>~~Suite 300~~<br>~~Salt Lake City, UT 84111-3402~~ | Unknown/Ihc<br>Po Box 26415<br>Salt Lake City, UT 84126-0415 |
| (p)UTAH VALLEY EMERGENCY PHYSICIANS INC<br>PO BOX 26974<br>SALT LAKE CITY UT 84126-0974 | Utah Valley Radiology<br>PO Box 657<br>Orem, UT 84059-0657 | West Asset<br>Attn: Bankruptcy<br>2703 North Highway 75<br>Sherman, TX 75090-2567 |
| Westlake Financial<br>4751 Wilshire Blvd<br>Suite 100<br>Los Angeles, CA 90010-3847 | Young Family Dental<br>1416 N Redwood Rd.<br>Saratoga Springs, UT 84045-6455 | ad-astra<br>Suite 118<br>7330 W 33rd St. N<br>Wichita, KS 67205-9370 |
| allied data corp<br>13111 West Heimer Suite 400<br>Houston, TX 77077-5547 | amerimark premier<br>PO Box 2845<br>Monroe, WI 53566-8045 | amsher collections<br>600 Beacon Pkwy Suite 300<br>Birmingham, AL 35209-3114 |
| brylane home<br>PO Box 659728<br>San Antonio, TX 78265-9728 | capital one<br>PO Box 60599<br>City of Industry, CA 91716-0599 | capital one /maurices<br>PO Box 60504<br>City of Industry, CA 91716-0504 |
| columbia house<br>PO Box 91601<br>Rantoul, IL 61866-8601 | disney movie club<br>PO Box 738<br>Neenah, WI 54957-0738 | eddie bauer<br>PO Box 659705<br>San Antonio, TX 78265-9705 |
| euro-pro<br>180 Wells Ave.<br>Newton Center, MA 02459-3328 | frontgate<br>PO Box 659707<br>San Antonio, TX 78265-9707 | gamestop<br>PO Box 659820<br>San Antonio, TX 78265-9120 |
| j crew<br>PO Box 659705<br>San Antonio, TX 78265-9705 | jefferson capital<br>PO Box 17210<br>Golden, CO 80402-6020 | k Jordan<br>PO Box 2809<br>Monroe, WI 53566-8009 |
| key bank<br>PO box 94968<br>Cleveland, OH 44101-4968 | lincoln capital<br>8559 S 6465 W<br>West Jordan, UT 84081-1856 | mdg<br>3422 Old Capitol Trail<br>PMB #1993<br>Wilmington, DE 19808-6124 |

| | | |
|---|---|---|
| monarch recovery<br>PO Box 21089<br>Philadelphia, PA 19114-0589 | mountain ridge dental<br>1325 State St. #103<br>Orem, UT 84097-7701 | national auto plaza<br>10790 S STATE ST<br>Sandy, UT 84070-4105 |
| northshore agency<br>PO Box 9205<br>Old Bethpage, NY 11804-9005 | overstock<br>PO Box 659707<br>San Antonio, TX 78265-9707 | penn credit<br>916 S 14th St.<br>Harrisburg, PA 17104-3425 |
| pottery barn<br>PO Box 659705 San Antonio, TX<br>San Antonio, TX 78265-9705 | progressive<br>11629 700 E #250<br>Draper, UT 84020-8399 | real plumbing heating and air<br>432 W 1640 S<br>Orem, UT 84058-7518 |
| rock canyon dentristry<br>777 N 500 W #105<br>Provo, UT 84601-5032 | simms associates<br>PO Box 7526<br>Newark, DE 19714-7526 | the billing center<br>time customer service<br>PO Box 62121<br>Tampa, FL 33662-2121 |
| the easton press<br>PO Box 729<br>Newark, NJ 07101-0729 | ulta beauty<br>PO Box 659820<br>San Antonio, TX 78265-9120 | zebit<br>9530 Towne Centre Drive, Ste 200<br>San Diego, CA 92121-1981 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>50 South 200 East<br>Mail Stop 5021<br>Salt Lake City, UT 84111 | Sprint<br>PO BOX 4191<br>Carol Stream, IL 60197 | T-Mobile<br>USA Bankruptcy<br>PO Box 53410<br>Bellevue, WA 98015 |
| US Bank: Bankruptcy Dept.<br>950 17th Steet Ste. 810<br>Denver, CO 80202 | Utah Valley Emergency Physicians<br>PO Box 10<br>Spanish Fork, UT 84660 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Freedom Mortgage Corporation

End of Label Matrix
Mailable recipients    104
Bypassed recipients      1
Total                  105